

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/2/2015 4:57:10 PM
CHRISTOPHER A. PRINE
Clerk

# FOURTEENTH COURT OF APPEALS
### INFORMATION SHEET BY COURT REPORTERS

***You are expected to file the reporter's record by the original due date****. See Tex. R. App. P.35. If a reporter determines that the due date may not be met, please advise the Clerk of the Court of Appeals immediately in writing, stating the reason and the due date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original record due date, each extension not to exceed 30 days in regular appeals and 10 days in accelerated appeals for a total period not to exceed 60 days in regular appeals and 20 days in accelerated appeals.*

*Appellate Case Number:*　　　　　　*Trial Court Case Number:*

| | | |
|---|---|---|
| (1)  Is there a Reporter's Record? | Y | N |

| | | |
|---|---|---|
| (2)  Are you the only court reporter involved in this appeal? | Y | N |
| **If not**, please provide the names and addresses of all other court reporters below. | | |

| | | |
|---|---|---|
| (3) Has the appellant requested that the reporter's record be prepared or has the trial court ordered that the record be prepared? | Y | N |

(4) Please select from the following options:
　　A. The appellant has paid for the record.
　　B. The appellant has made arrangements to pay for the record
　　C. The appellant is appealing as indigent.
　　D. The appellant has not paid or made arrangements to pay for the
　　　　record and is not appealing as indigent.

(5) Extension (fill out if extension is required for any reason other than payment)
 I was unable to file the record in this appeal by _____. I expect the record in this appeal to be approximately _____ pages. The record covers _____days of testimony. I believe that I can file the record by _____. I ask that the court grant an extension until that time for filing the record.
Additional Comments: _____

**Court Reporter's Signature, Full Address, Email Address and Telephone Number:**

_____

_____

| | |
|---|---|
| **From:** | Heather Lingle <heather@dabneypappas.com> |
| **Sent:** | Wednesday, April 15, 2015 2:33 PM |
| **To:** | Kidd, Kimberly (DCA); Gus Pappas |
| **Subject:** | RE: Wright vs. PlainsCapital Bank |

Kimberly:

Our office learned that Dr. Wright filed for Chapter 13 Bankruptcy last week, Cause Number 15-32000 in the Bankruptcy Court for the Southern District of Texas, Houston Division. There is an automatic stay in place, so neither the appeal, nor the case in Judge Baker's court will proceed forward at this time. Please let me know if you need any further information.

Heather

**From:** Kidd, Kimberly (DCA) [mailto:Kimberly_Kidd@Justex.net]
**Sent:** Wednesday, April 15, 2015 2:01 PM
**To:** Heather Lingle; Gus Pappas
**Subject:** FW: Wright vs. PlainsCapital Bank

Heather, I have to file my Reporter's Information Sheet with the COA by tomorrow to let them know that either there is not a request for a transcript or that there is and that I have received the necessary payment to start the transcript and that I will need a 30-day extension, as the COA notice advises that the Reporter's Record is due tomorrow. Please let me know how I should proceed. If I do not hear back, I will need to file my Reporter's Info Sheet tomorrow letting them know payment arrangements have not been made for the transcript.

Best Regards, Kimberly

**From:** Gus Pappas [mailto:gus@dabneypappas.com]
**Sent:** Tuesday, April 14, 2015 10:35 AM
**To:** Kidd, Kimberly (DCA)
**Subject:** RE: Wright vs. PlainsCapital Bank

Kimberly. I will let you know if heather has not already thanks gus

**From:** Kidd, Kimberly (DCA) [mailto:Kimberly_Kidd@Justex.net]
**Sent:** Monday, April 13, 2015 3:07 PM
**To:** Gus Pappas
**Subject:** RE: Wright vs. PlainsCapital Bank

Good afternoon, Mr. Pappas!

Things are firing up in the 295th; and if you are going to need the transcript in Wright v. PlainsCapital Bank, I'd like to get it done this week, as we are starting a two-week trial on Friday and I may be going out of town this weekend. So sorry to inquire again, but have you decided if you need the transcript? I need to let the COA know anyway.

Thanks, Kim

**From:** Gus Pappas [mailto:gus@dabneypappas.com]
**Sent:** Wednesday, April 08, 2015 1:06 PM
**To:** Kidd, Kimberly (DCA)
**Subject:** RE: Wright vs. PlainsCapital Bank

let me find out the status and the timetable as well, thank you for asking. gus

**From:** Kidd, Kimberly (DCA) [mailto:Kimberly_Kidd@Justex.net]
**Sent:** Wednesday, April 08, 2015 12:16 PM
**To:** Gus Pappas
**Subject:** Wright vs. PlainsCapital Bank

Mr. Pappas, I received a notice of appeal on Wright vs. PlainsCapital Bank. I need to let the COA know if I will be providing a transcript. Are you requesting that I prepare the TI hearing of April 1, 2015, for this appeal?

Thanks, Kim

*Kimberly Kidd*
*Official Court Reporter*
*295th District Court*
*201 Caroline, Suite 1444*
*Houston, Texas 77002*
*713-368-6453*
*Kimberly_kidd@justex.net*

2